IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sakher Haddad,
*a/k/a* Steve Haddad,    :
                         :
    Plaintiff(s),    :
                         :  Case Number: 1:09cv577
vs.                      :
                         :  Chief Judge Susan J. Dlott
City of Springdale, et. al.,    :
                         :
    Defendant(s).    :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 2, 2011 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 22, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Chief Judge Susan J. Dlott
                                            United States District Court